STATE OF NEW JERSEY v. EDWIN LEE HALL.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKEY HUSSEY.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. P.H.K., INC., A NEW JERSEY CORPORATION.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT TRACHMAN.

February 3, 1986.

Petition for certification denied.